UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERWIN GIRON, individually and on behalf of all others similarly situated, § § | Civil Action No. |
| *Plaintiff* § | |
| v. § | 4:17-cv-00623 |
| GIODARNO CONSTRUCTION INC. § | |
| *Defendant* § | |

**PROPOSED ORDER:**

**MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS**

Before the Court is the parties' *Motion for Approval of Settlement Agreement* in the above entitled and numbered action. After consideration of the motion and review of the Parties' proposed Settlement Agreement, the Court is of the opinion that the proposed Settlement Agreement represents a fair and reasonable resolution of a bona fide dispute, such that Motion for Approval of Settlement Agreements should be **GRANTED**.

It is **ORDERED, ADJUDGED**, and **DECREED** that the Settlement Agreement submitted to the Court as Exhibit A to the *Joint Motion for Approval of Settlement Agreement* is approved.

Because no other party has opted in Case No. 4:17-cv-00623 at the time of the parties' settlement and this Court's approval, and Plaintiffs no longer has any interest in representing potential opt-in plaintiffs in making this voluntary settlement, the remaining claims being moot are hereby **DISMISSED.**

**SIGNED** and **ENTERED** this ___ day of _____, 2017.

_____
U.S. District Court Judge